1   B. JAMES FITZPATRICK (SBN 129056)
    FITZPATRICK, SPINI & SWANSTON                    *E-filed 10/9/07*
2   838 S. Main Street
    Salinas, CA 93940
3   (831) 755-1311/Fax: (831) 755-1319

4   Attorneys for Plaintiff
    CARLA L. EDWARDS
5

6   JOHN M. FEDOR (SBN 149587)
    FARMER CASE & FEDOR
7   402 W. Broadway, Suite 1100
    San Diego, California, 92101
8   (619) 338-0300 /Fax: (619) 338-0180

9   Attorneys for Defendants
    ACCOR NORTH AMERICA, INC.,
10  MOTEL 6 OPERATING L.P. and MANUEL TORRES

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                   SAN JOSE DIVISION

15

16  CARLA L. EDWARDS,                    )   CASE NO.: C06-06639 HRL
                                         )   Judge: Hon. Howard R. Lloyd
17              Plaintiff,               )
                                         )
18  v.                                   )
                                         )
19  ACCOR  SERVICES  NORTH  AMERICA,     )   STIPULATION FOR
    INC., a Delaware Corporation, doing business )  VOLUNTARY DISMISSAL
20  as MOTEL 6, MOTEL 6 OPERATING L.P.,  )   WITH PREJUDICE; ORDER
    a  Delaware  Limited  partnership,  doing )
21  business  as  MOTEL  6  MONTEREY-    )
    MARINA, MANUEL TORRES, and DOES 1    )
22  through 100, inclusive,              )
                                         )
23              Defendants.              )
                                         )
24  _____    )

25      STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER
                          [Fed.R.Civ.P. Rule 41(a)(1)]
26

27      TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN

28  DISTRICT OF CALIFORNIA:

G:\5913651-S Edwards\pl.stip-dismissal.doc                                    CO-06639 HRL
STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER [Fed.R.Civ.P. Rule 41(a)(1)]

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their

2    designated counsel of record, that the above-captioned action be and hereby is dismissed in its

3    entirety with prejudice pursuant to Fed.R.Civ.P. Rule 41(a)(1).

4    IT IS FURTHER STIPULATED that Magistrate Judge Howard R. Lloyd shall retain

5    jurisdiction over all disputes between the parties arising out of the settlement agreement,

6    including but not limited to interpretation and enforcement of the terms of the settlement

7    agreement, for a period of ninety (90) days from the date the parties file this Stipulation with this

8    court.

9

10

11   Dated: _____, 2007                FITZPATRICK, SPINI & SWANSTON
                                                By:
12

13
                                                B. JAMES FITZPATRICK
14                                              Attorneys for Plaintiff

15

16   Dated: _8/28_, 2007                        FARMER CASE & FEDOR
                                                By:
17

18
                                                JOHN M. FEDOR
19                                              Attorneys for Defendants
                                                AZCOR NORTH AMERICA,
20                                              INC., MOTEL 6 OPERATING L.P. and
                                                MANUEL TORRES
21

22

23

24                                    **ORDER**

25   IT IS HEREBY ORDERED that the Plaintiff's Complaint in the above-captioned matter

26   be dismissed in its entirety and with prejudice.

27   IT IS FURTHER ORDERED that Magistrate Judge Howard R. Lloyd shall retain

28   jurisdiction until      January 7, 2008      over all disputes between the parties arising out of the

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER [Fed.R.Civ.P. Rule 41(a)(1)]

1   settlement agreement, including but not limited to interpretation and enforcement of the terms of

2   the settlement agreement.

3

4   Dated: _____ 10/9/07

5   HON. HOWARD R. LLOYD
    UNITED STATES DISTRICT COURT
6   MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE; ORDER [Fed.R.Civ.P. Rule 41(a)(1)]